UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Application for Exemption from Electronic Public Access Fees by the New York City Police Department,

Standing Order: M10-468

ORDER

PACER FEE EXEMPTION ORDER

This matter is before the court upon the application and request by the New York City Police Department for exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.

WHEREAS the Court, the New York City Police Department ("NYPD"), and the New York City Law Department have entered into a Memorandum of Understanding concerning Electronic Notification of Pro Se Complaints filed in the United States District Court for the Southern District of New York against NYPD Defendants, effective April 1, 2025;

WHEREAS, pursuant to this Memorandum of Understanding, the NYPD has agreed to accept electronic notifications of new filings, after which it will obtain the complaint through PACER and determine whether it can waive in-person service;

WHEREAS the NYPD will need regular and reliable access to PACER in order to access the relevant complaints and summonses, and electronically file waivers of service executed and unexecuted;

WHEREAS successful execution of this MOU promises to benefit the Court by facilitating more efficient identification of and service on NYPD defendants; and

The Court finds that providing PACER fee exemption to the NYPD is a necessary component of successful execution of the MOU, which promises mutual benefit on all signatories.

Accordingly, the NYPD shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in connection with the project described in the attached application. The NYPD shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.

Additionally, the following limitations apply:
1. This fee exemption account is provided to the NYPD <u>Lieutenant Tia Reeves</u> and is valid only for the purposes stated above;
2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;
3. By accepting this exemption, the NYPD agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. The NYPD is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
5. This exemption is valid from April 1, 2025 until further order of the Court.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: New York, New York
      March 25, 2025

SO ORDERED:

_____
Laura Taylor Swain, Chief Judge
United States District Court
Southern District of New York